**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Sep 15, 2021

OFFICE OF THE CLERK

## In the United States District Court
### Western District Of Arkansas
_____ Division

Kenneth D. Hill

ADC 79963

*(In the space above enter your full name and Prison ID Number, if any. Do not include your Social Security Number).*

-against-

Crawford County Sheriff's Dept.

Veterans Adminnastration

~~Logan County Dentention Center~~

*(In the space above enter the full name of each Defendant)*

Case
No. 21-2148 _____
(To be filled out by Clerk's Office only)

## COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☐Yes
☐ No

---

### NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

---

## I.    PLAINTIFF INFORMATION

Kenneth Don Hill
Name (First, Middle, Last)                    Aliases

A.D.C. 079963
Prisoner ID #, if any

Logan County Detention center
Place of Detention or Incarceration

201 S. Lowder St.
Address (*If detained, facility address*)

Legan, Paris                    Arkansas                72855
County, City                        State                Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☒ Convicted and serving a sentence. Provide Date of Conviction   7-16-21   .

☐ Other, Explain: _____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   Crawford County Sheriff's Dpt.
            Name (Last, First)

            Law Inforcement
Current Job Title

            4235 Alma Hwy.
Current Work Address

Crawford, Van Buren    Arkansas         72956
County, City            State            Zip Code

Defendant 2:    Veterans Administration
       Name (Last, First)

       Current Job Title

       125 S. Main St.
       Current Work Address

       Muskogee      OKlhoma     74401
       County, City      State      Zip Code

Defendant 3:    _[illegible]_
       Name (Last, First)

       Current Job Title

       _[illegible]_
       Current Work Address

       _[illegible]_      Arkansas     _[illegible]_
       County, City      State      Zip Code

Defendant 4:
       Name (Last, First)

       Current Job Title

       Current Work Address

       County, City      State      Zip Code

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of
occurrence:                Vtterans  Adminngstktion

Date(s) of occurrence:    _____

Name of Each Defendant Involved:

Crawford  county  sheriff's  Dept,
Veterans  Administration

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Federal  statutary  rights

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:   I am a service connected disabled Army Veteran, and my complnsation has been taken from me and the Dept. of tresory is asking me to pay back what i have recieved so far causing great Financial difficulties, and hardships.
Deplamation of Charicter

| | |
|---|---|
| What happened to you? | |

**Who did what?**

**How were you injured?**

Crawford co. gave the V.A. false information saying they had a felony fugetive warrent on me. They also gave the V.A. a false address so i would not be able to defend myself in time. That and covid compliance has really held me back.

I have suffered a conciderable income loss and the U.S. Dept. of Tresvary is seeking $10,000.00 that i do not owe. Huiress) Financial difficulty. Deplamation of charicter Logan county has denyed me proper medical attlen, proper meds, and basic rights.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☒ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

false information was used to Attack a service connected disabled veteran. And take away someones compensation who was injured in the line of duty

**Claim Number 2:**

Place(s) of occurrence:    Veterans Adminnastration

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_Veterans Administration_ _____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_Federal statutory rights_ _____

_____

*State here briefly the FACTS that support your case. Describe how EACH DEFENDANT was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: my V.A. Compensation was taken casing great Financial difficulties and the Government is trying to make me pay back $10,000.⁰⁰

**What happened to you?**

Veterans Administration cut my check off with out proper proof of a reason and has been refusing me information in this matter

**Who did what?**

severe Financial difficulties and hardship

**How were you injured?**

~~Legal county caused me pain and suffering~~ ~~denyed me multiple basic rights and harassed me~~

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☒ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

The Veterans Administration took complnsation from a veteron who was injured in the line of Duty (me) and refusess to give me information on the matter so i can defend my self. This, along with complyihg with recomended covid restrictions has Kept me in ~~Clinnt~~ Financial stress with no defence

**Claim Number 3:**

Place(s) of occurrence: ~~Georgia Cobb Atlanta Easter~~

Date(s) of occurrence: ~~Georgia March Easter~~

Name of Each Defendant Involved:

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

_____

*State here briefly the FACTS that support your case. Describe how EACH DEFENDANT was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? |
| Who did what? |
| How were you injured? |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐     Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐     Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐     Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____

_____

_____

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☐    Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☒    Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☒    Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I want Crawford county to pay me $250,000.⁰⁰ in punitive damages and I want the V.A. to reinstate my pension check, return all money that was taken from me from the time they stopped my check to now, and $20,000.⁰⁰ in punitive damage for refusing me the information I need to fight this case.

from Logan county $150,000.⁰⁰

_____

_____

_____

_____

_____

_____

## VI.     PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a     ☐ Yes     ☒ No
prisoner?

     If yes, how many?     _____

Have you brought any other lawsuits in state or federal court **dealing with**     ☐ Yes     ☒ No
**the same facts as this case?**

     If yes, how many?     _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____          7⟵ 𝒫. 7ℎ
Dated                            Plaintiff's Signature

Kenneth D. Hicc    A.D.C. 79963
Printed Name (First, MI, Last)

A.D.C. 79963
Prison Identification #, if any.

201 S. Lowder St.    Paris        Ar.    72855
Prison Address        City         State   Zip Code

Page ①

To whom it my concern

When this happened to me i had some money from my inheratence in the bank so i did not notice my check wasn't coming until i had les than 2 weeks left to contest it. First thing i went to the V.A. office In Muskogee to see what was happning to my check. A man there told me i had a felloney fudigive worret from crawford county. I told the man i have no feloneys! He told me to take that up with crawford county. 3 days later i went back to the V.A. in Muskogee, and the same man told me, when i asked how do i contest this, that i had to take it up with Cranford county. All i had in crawford county was mistamener fines and they wouldn't take the money when i tried to pay it, so i went to a Lawyer in Van Buren named Candis Suttle. She said i had nothing that would effect my V.A. and for $1,000.⁰⁰ she would fix it. so with onley 2 days left i gave her the $1,000.⁰⁰ i had to sell some of my belongings to obtain. She then rushed me throvgh sighing a lawyer client agreements then told me, for $500.⁰⁰ more she would get me a bond reduction. I happen to Know that crawford county has a rule that if you have 3 or more charges you don't get a bond, and besides, i wanted a chance to contest the fact that i tried to

Page ②

pay my fines and they wouldn't take the money! So i told Candis suttle, lets take care of this 1st After a little time i heard nothing and my checks still were not coming, in fact i got a letter from the dept. of tresuvey saying i owed them $10,000.00 for 2 months i tried to contact Candis suttle, and Finnally got a teleconfrence scedueled, during the confrence i told her about the letter from the tresuvey and told her my checks still were not coming and i asked her what was going on? she laughed at me and said, "You didn't hire me to take care of the V.A., you hired me to get a bond reduction! I said, "for a $1,000.00, no i didn't, i hired you to take care of the V.A. problem"! still laughing she said, "I have a Lawyer, Client agreement Saying otherwise"! why would anyone give a $1000.00 for a bond reduction when that $1,000.00 would probibly get you out if you were allowed a bond!

Then covid hit and we had to stay in our homes for a year except to buy food and pay bills.

My pick-up broke down and my money from selling my inharentence, and my stimulis was depleted I came out to try and do something because it was hard to meet the bills, but the V.A. was closed and so weve the Librarry There

Page ③

was nothing I could get done except try to hustle some work. my social security check Just wasn't enough.

I'm a pretty fair mechanic, and a certified wilder with a good welding machine, and i put some signs up and worked out of my back yard.

I was starting to get enough work to barely scrape by when a coustomer offered to pay me with Marijuna. this price was really cheap. I would be able to make twice as much money if i could sell it. the only place i knew anybody where i could sell It was in Arkansas. So now i'm in the Logan county jail with a 6 year and 3 suspended prison sentence for selling Marijuana! I Know it was a dumb idea, but i was getting desperate!

I've tried to get the V.A. to give me the Information i need to fight against Crawford County Since i can't find a lawyer who will do it, but so far they have refused. I am a service Connected disabled Veteran, injured in the line of duty, and they have taken my check, and Are now trying To make me pay back what was payed to me, and will not help me in anyway to defend myself! Im 59 years old. I can't Keep doing this, and i can't pay back $18,000.⁰⁰. my wife is barely able to pay the bills with me in here!

Page 4

Today is Thursday, Aug. 26, 2021. I've been trying since last thursday Aug 19, to get Kiesha, the Jail administrator to fill out my certificate of inmate and assets Account and asset's Sheet. Finally yesterday a gave it to a trustworthey officer, (Donold) to give to her to fill out. I asked him this morning if he gave it to her, and he replied, "I tried but she wouldn't take it so he gave it to sgt. Cleatland to give to her."

This place is my next target for Lawsuit. since i've been here i've been denied medical attention, proper medication, and many basic rights. I just have to get out of here first. They mess with me in all kinds of childish little ways because I ran from the sheriff. When friends or family leave me money, the usually wait till it's too late for me to use it that week to put it on my books, they cancel my visits, mess with my visits by cutting the send ½ way through when i do get to have a visit, and all kinds of petty little things like that! They've made it so difficult, i doubt anyone will make the trip anymore!

The Logan county jail adminestrator will not return my certificate of inmate Account and assets So i will do my best to try and rember what i have been given. My wife hasn't been able to send me anything but my kids,

Page ⑤

out of their stimulis, and a couple of friends have helped me out, I believe my son sent me $ a total of $1350.00, my doughter, a total of $250.00. My friend tony thomas come to visit and left me $100.00, and a genneros guy named Josh Giddens gave $ 40.00 to everyone in our pod for a grand total of $740.00 I think! that's better than I had thought.

I will be fileing another 1983 form agains Logan county in the next 2 or 3 weeks I'm really afraid to file against them while i'm here so hopefully i will be transported to A.D.C. by the time that paper-work makes it to you!

todays date when mailed    Thank You!
9-6-21

Kenneth O Hice

Logan County Dentention center

201 South Lowder st

Paris Ar. 72855

Received WD/AR

SEP 13 2021

U.S. Clerk's Office

INMATE MAIL FROM LOGAN CO. JAIL

Pro Se Law Clerk office

35 East Mountian stred. suite 51

Fayette Ville Ar. 72.701